UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TAMARA DARVAL, a Washington resident; CHAD MILLARD, a Washington resident; ERIC BOYD, a Washington resident; DAVID BRACERO, a Washington resident; MATTHEW MARTIN, a Washington resident; DANIEL HARRISON, a Washington resident; MICHELE HARRISON, a Washington resident,<br><br>Plaintiffs,<br><br>v.<br><br>TIG INSURANCE COMPANY, as successor by merger to AMERICAN SAFETY INDEMNITY COMPANY, a foreign insurer; UNITED SPECIALTY INSURANCE COMPANY, a foreign insurer; ATLANTIC CASUALTY INSURANCE COMPANY, a foreign insurer; NEVADA CAPITAL INSURANCE COMPANY, a foreign insurer; WESTERN WORLD INSURANCE, a foreign insurer,<br><br>Defendants. | Case No. 3:22-cv-05100-DGE-TLF<br><br>NEVADA CAPITAL INSURANCE COMPANY'S STIPULATED MOTION FOR ORDER OF DISMISSAL<br><br><u>NOTED</u>: FEBRUARY 9, 2024 |

## I. STIPULATED MOTION

Plaintiffs have reached a settlement with Defendant, Nevada Capital Insurance Company, for the dismissal of all claims and causes of action against it. *See* Dkt. # 69.

| | | |
|---|---|---|
| NEVADA CAPITAL INSURANCE COMPANY'S STIPULATED MOTION FOR ORDER OF DISMISSAL NO. 3:22-CV-05100-DGE-TLF | PAGE 1 | BuIIivantlHouserlBailey PC<br>925 Fourth Avenue, Suite 3800<br>Seattle, Washington 98104<br>Telephone: 206.292.8930 |

1 | Plaintiffs and Nevada Capital Insurance Company therefore jointly ask the Court to dismiss
2 | all claims and causes of action against Nevada Capital Insurance Company with prejudice
3 | and without an award of fees, costs, or other expenses against either party.
4 |   Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), Nevada Capital Insurance
5 | Company and Plaintiffs stipulate, through their undersigned counsel, to the dismissal of
6 | Defendant Nevada Capital Insurance Company from this action with prejudice and without
7 | an award of fees or costs to either party.

DATED: February 9, 2024

| SKOGLUND LAW LLC | BULLIVANT HOUSER BAILEY PC |
|---|---|
| By: /s/ Todd K. Skoglund (WSBA #32882 for)<br>todd@skoglundlaw.com;<br>serve@skoglundlaw.com<br>Signed with permission from<br>*Attorneys for Plaintiffs* | By: /s/<br>Pamela J. DeVet, WSBA #32882<br>E-mail: pamela.devet@bullivant.com<br>Matthew J. Sekits, WSBA #26175<br>E-mail: matthew.sekits@bullivant.com<br>Danielle N. McKenzie, WSBA #49715<br>E-mail: danielle.mckenzie@bullivant.com<br>*Attorneys for Defendant Nevada Capital Insurance Company* |

## ORDER

It is so ordered. Nevada Capital Insurance Company is hereby dismissed with prejudice and without an award of fees or costs to the parties.

DATED this 15th day of February, 2024.

_____
HONORABLE DAVID G. ESTUDILLO

NEVADA CAPITAL INSURANCE COMPANY'S STIPULATED
MOTION FOR ORDER OF DISMISSAL
NO. 3:22-CV-05100-DGE-TLF

PAGE 2

Bullivant!Houser!Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98 I04
Telephone: 206.292.8930

# CERTIFICATE OF SERVICE

I hereby certify that on the date below, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the person(s) listed below:

| | |
|---|---|
| Todd K. Skoglund<br>SKOGLUND LAW LLC<br>704 228th Ave. NE, #186<br>Sammamish, WA 98074<br>Phone: (206) 390-3340<br>todd@skoglundlaw.com;<br>serve@skoglundlaw.com<br><br>**Attorneys for Plaintiffs** | Judson Taylor<br>Tyson & Mendes, LLP<br>811 First Avenue, Suite 260<br>Seattle, WA 98104<br>Jtaylor@tysonmendes.com<br><br>Amy E. Headrick, *(Pro Hac* pending)<br>Tyson & Mendes, LLP<br>6565 Americas Parkway NE, Suite 200<br>Albuquerque, NM 87110<br>aheadrick@tysonmendes.com<br><br>**Attorneys for Defendant Atlantic Casualty Insurance Company** |
| Jennifer L. Crow<br>Sheer Law PLLC<br>2101 Fourth Avenue, Suite 830<br>Seattle, WA 98121<br>Phone: (206) 800-4070<br>jen@scheer.law<br><br>**Attorney for United Specialty Insurance Company** | Curt Feig, WSBA #19890<br>Matthew Erickson, WSBA #43790<br>Nicoll Black & Feig PLLC<br>1325 4th Ave, #1650<br>Seattle, WA 98101<br>(206) 838-7555<br>cfeig@nicollblack.com<br>merickson@nicollback.com<br><br>**Attorneys for Defendant TIG Insurance Company,** as successor by merger to American Safety Indemnity Company |

DATED at Seattle, Washington this 9th day of February, 2024

*/s/ Christi Bass*
Christi Bass, Legal Assistant

4857-3366-4159.1

---

NEVADA CAPITAL INSURANCE COMPANY'S STIPULATED MOTION FOR ORDER OF DISMISSAL
NO. 3:22-CV-05100-DGE-TLF

PAGE 3

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930