UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TAMARA DARVAL et al., <br><br>                    Plaintiffs, <br>     v. <br><br> TIG INSURANCE COMPANY et al., <br><br>                    Defendants. | CASE NO. 3:22-cv-05100-DGE <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation (Dkt. No. 87) of the Honorable Theresa L. Fricke, United States Magistrate Judge.  Plaintiffs have not filed any objections to the Report and Recommendation, and did not respond to Defendant's motion for summary judgment.

Having reviewed the record de novo, the Court does not find any flaw in Judge Fricke's analysis.  It, therefore, is hereby ORDERED:

   1) The Court ADOPTS the Report and Recommendation (Dkt. No. 87);

2) United Specialty Insurance Company's motion for summary judgment (Dkt. No. 59) is GRANTED; and

3) Plaintiffs' claims against United Specialty Insurance Company are DISMISSED with prejudice.

Dated this 5th day of April, 2024.

David G. Estudillo
United States District Judge